NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERALD R. BOUTIN,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3018

---

Petition for review of the Merit Systems Protection Board in case no. PH0353110064-I-1.

---

## ON MOTION

---

## ORDER

The United States Postal Service (USPS) moves to reset the due date for filing an informal brief or, in the alternative, moves unopposed for a 14-day extension of time, until April 2, 2012, to file its responsive brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted. USPS' responsive brief is due April 2, 2012.

FOR THE COURT

MAR 29 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gerald R. Boutin
    Michael N. O'Connell, Jr., Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 2 9 2012

JAN HORBALY
CLERK